## Commonwealth, By, et al. v. The Tom Moore Distillery.

(Decided June 15, 1911.)

### Appeal from Nelson Circuit Court.

Assessment—A distiller whose storage accounts have been assessed by the local authorities is not liable to a second assessment.

JOHN F. LOCKETT, C. H. MORRIS and R. C. CHERRY for appellant.

JOHN S. KELLEY and J. SMITH BARLOW for appellee.

RESPONSE TO PETITION FOR REHEARING BY CHIEF JUSTICE HOBSON.

If the Tom Moore Distillery was duly assessed by the local authorities for the year 1910 no further assessment will be made against it for that year.

Petition for rehearing overruled.